**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-1287**

---

FRANTZ CLAUDE,

                              Plaintiff - Appellant,

     versus

NORTHWEST AIRLINES, INCORPORATED,

                              Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Gerald Bruce Lee, District Judge. (CA-99-1269-A)

---

Submitted: January 23, 2001       Decided: February 13, 2001

---

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Lathal Ponder, Washington, D.C., for Appellant. John J. Gallagher, Kenneth M. Willner, Dianne C. Coombs, PAUL, HASTINGS, JANOFSKY & WALKER, L.L.P., Washington, D.C., for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM

Frantz Claude appeals from the order of the district court dismissing his complaint against Northwest Airlines, Inc. ("Northwest"). We have reviewed the briefs and materials submitted in the appendices and find that each count contained in Claude's complaint was properly subject to summary judgment. Accordingly, we affirm the order dismissing Claude's complaint against Northwest on the reasoning of the district court. Claude v. Northwest Airlines, No. CA-98-107-7 (E.D. Va. Feb. 7, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2